UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LARRY McCLOUD, ) | |
| ) | |
|    *Plaintiff*, ) | Case No. 3:18-cv-486 |
| ) | |
| v. ) | Judge Curtis L. Collier |
| ) | Magistrate Judge Debra C. Poplin |
| SAVE-A-LOT KNOXVILLE, LLC, *et al.*, ) | |
| ) | |
|    *Defendants*. ) | |

## **JUDGMENT ORDER**

Before the Court is a motion to dismiss by Defendants Moran Foods, LLC and Save-a-lot, LTD. (Doc. 20.) On March 26, 2019, the Court granted a motion by Defendants Newcorp, LLC, and Save-a-lot Knoxville, LLC to join in the motion to dismiss. (Doc. 27.) Plaintiff Larry McCloud has responded in opposition to the motion to dismiss (Doc. 30), and Defendants Moran Foods, LLC, Save-a-lot, LTD., Newcorp, LLC, and Save-a-lot, Knoxville, LLC have replied (Doc. 33). Also before the Court is a motion by Plaintiff for oral argument on the motion to dismiss, as well as an amended motion for oral argument on the motion to dismiss. (Docs. 34, 35.) Defendants Moran Foods, LLC, Save-a-lot, LTD., Newcorp, LLC, and Save-a-lot, Knoxville, LLC have responded in opposition to Plaintiff's motions for oral argument. (Doc. 36.)

Upon review of the submissions of the parties, the docketed record, and applicable law, the Court finds that a hearing is not necessary to resolve the issues before it. The Court **DENIES** Plaintiff's motion for oral argument and amended motion for oral argument. (Docs. 34, 35.) For reasons stated in the accompanying memorandum, the Court **GRANTS** Defendants' motion to dismiss (Doc. 20) and **DISMISSES** this action in its entirety **WITHOUT PREJUDICE** for lack of jurisdiction.

SO ORDERED.

ENTER:

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ *John L. Medearis*
CLERK OF COURT